IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CHRIS WAYLON THOMAS,

    Petitioner,

v.

MARTY ALLEN,

    Respondent.

CIVIL ACTION NO.: 4:18-cv-74

**O R D E R**

After a careful de novo review of the entire record in this case, the Court concurs with the Magistrate Judge's October 22, 2018 Report and Recommendation, to which the parties did not file objections. Accordingly, the Court **ADOPTS** the Report and Recommendation, (doc. 12), as the opinion of the Court, **GRANTS** Respondent's Motion to Dismiss, (doc. 8), and **DISMISSES** Petitioner's Petition for Writ of Habeas Corpus, (doc. 1). The Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED**, this 23rd day of January, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA