# United States District Court
## Southern District of Georgia

CHRIS WAYLON THOMAS,

Petitioner,

v.

MARTY ALLEN,

Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:18-cv-74

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with this Court's order dated January 23, 2018 adopting the Report and Recommendations of the U.S. Magistrate as the opinion of this court, the Respondents Motion to Dismiss is Granted, and the Petitioner's Petition for Writ of Habeas Corpus is dismissed. This case stands closed.

Approved by: _____

1/31/2019
Date

Scott L. Poff
Clerk

(By) Deputy Clerk